IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAGDISH R. KHANDELWAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:18CV147–HEH ) |
| POMEROY IT SOLUTIONS SALES COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal with Prejudice filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing that all matters of controversy have been resolved, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                               /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: June 25, 2018
Richmond, VA